JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN L. B., | NO. SACV 24-0570 AGR |
| Plaintiff, | **JUDGMENT** |
| **v.** | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed and this matter is remanded for reconsideration of Plaintiff's subjective testimony during the period September 10, 2012 through October 2015, and if appropriate further proceedings as to whether alcohol or substance use was a contributing factor material to any disability.

DATED: July 9, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1